# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

TRACY L. STEPHENS
and YARDANA W. GRISSOM,

    Plaintiffs

    v.                                            CASE NUMBER: 06-C-271

ATTORNEY DONALD D. JACKSON,
In his individual capacity, and
HIS INSURANCE COMPANY,

    Defendants

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the "Motion of Defendant Donald D. Jackson to Dismiss" is **granted**.
    **IT IS FURTHER ORDERED** that this action is **dismissed**, without prejudice, pursuant to Rule 12(b)(1), Federal Rules of Civil Procedure.

    September 14, 2006                                          SOFRON B. NEDILSKY
Date                                                                 Clerk

                                                                                  s/ Jacki L. Koll
                                                                                  (By) Deputy Clerk